Before STATE INDUSTRIAL BOARD, Respondent. TESSIE DEMPSEY and Another,

Respondents, v. JAMES BUTLER, INC., and Another, Appellants.— Case stricken from the calendar.